Katherine A. Kennedy G830421
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

X FILED        LODGED
___ RECEIVED    ___ COPY

JUN 0 7 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Katherine A. Kennedy
(Full Name of Plaintiff)

        Plaintiff,

v.

(1) Paul Penzone, et al
(Full Name of Defendant)

(2)_____

(3)_____

(4)_____

        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01037-PHX-DWL--CDB**
    (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

X Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    X 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Estrella Detention Facility

3. Phoenix, Arizona  85009

Revised 12/1/20          1          **550/555**

**B. DEFENDANTS**

1. Name of first Defendant: _Paul Penzone_    The first Defendant is employed
as: _Marricopa County Sheriff_  at _Estrella Detention Facility_
   (Position and Title)                    (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at _____
   (Position and Title)                    (Institution)

3. Name of third Defendant:_____. The third Defendant is employed
as:_____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant:_____. The fourth Defendant is employed
as:_____ at _____.
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *Eighth Amendment Health & Safety deliberate indifference Tragligence*

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

- [X] Basic necessities
- [ ] Disciplinary proceedings
- [ ] Excessive force by an officer
- [ ] Mail
- [ ] Property
- [ ] Threat to safety
- [ ] Access to the court
- [ ] Exercise of religion
- [ ] Other:_____
- [ ] Medical care
- [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*IN adequate shelter and Molded Food violates eighth amendment Health & Safety all the Dorms are full of Black Mold on the base boards in the showers around all the light fixtures There is even black mold around the sinks ON baseboards caused over the Black mold is growing in the drain of all the sinks*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

*Emotional & Mental (TORT)*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Count I? [X] Yes [ ] No
   c. Did you appeal your request for relief on Count I to the highest level? [ ] Yes [X] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *The grievance procedure regarding the black mold is basically gloss over by working staff. Its addressed in the contents of being covid and the dorm is put on a perpetual quarantine, and tested and retested for covid.*

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Count II.** Identify the issue involved.  Check **only one.**   State additional issues in separate counts.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.   **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    2. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

    ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    2.  Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

42. U.S.C. § 1983 Failing to provide a safe and Healthy
environment for inmates
There is No priviledge for immunity
Seeking Claim relief of $69,000
emotional + mental Tort

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 31, 23_
               DATE

_____
SIGNATURE OF PLAINTIFF

Reserve All Rights, Exempt From Levy
             UCC-1208
Cynthia-Joan: Family of NATSON
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date                  **June 1, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____ _____

___ _____ _____

_____      **B4627**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009

09/09/20